| | | | |
|---|---|---|---|
| Golden Sands Dairy LLC v. Town of Saratoga† | 2015AP001258 | 04–13–2017 | Reversed and remanded |
| State v. Taylor | 2015AP001325 CR | 04–27–2017 | Affirmed/ reversed/ remanded |
| State v. Triolo† | 2015AP001808 CR | 04–06–2017 | Affirmed |
| State v. Martinez† | 2015AP002002 CR through 2015AP002003 CR | 04–19–2017 | Affirmed |
| LaFave v. LaCrosse | 2015AP002082 | 04–18–2017 | Affirmed |
| State v. Riley† | 2015AP002125 CR | 04–27–2017 | Affirmed |
| Hoefler v. Doherty | 2015AP002185 | 04–12–2017 | Affirmed |
| State v. Zittlow | 2015AP002244 | 04–18–2017 | Affirmed |
| State v. Baehni† | 2015AP002263 CR | 04–27–2017 | Affirmed |
| State v. Hopson† | 2015AP002265 CR | 04–04–2017 | Affirmed and remanded |
| State v. Blonda | 2015AP002431 CR | 04–11–2017 | Reversed and remanded |
| State v. Nelson | 2015AP002448 CR | 04–04–2017 | Affirmed |
| Seaway Bank & Tr. Co. v. Brumfield | 2015AP002451 | 04–04–2017 | Affirmed |
| Cintas Corp. No. 2 v. Becker Prop. Servs. LLC† | 2015AP002457 | 04–11–2017 | Reversed and remanded |
| State v. Marquardt† | 2015AP002499 CR | 04–18–2017 | Affirmed |
| State v. Gilmore† | 2015AP002572 CR | 04–04–2017 | Affirmed |
| State v. Johnson† | 2015AP002605 CR | 04–04–2017 | Affirmed |
| Brown County v. A. M. Q. | 2015AP002614 | 04–18–2017 | Affirmed/ reversed/ remanded |

† Petition to review filed.